**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed June 14, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00948-CR

---

**KENNETH MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1512850**

---

## M E M O R A N D U M   O P I N I O N

Appellant was convicted of driving while under the influence and placed on community supervision for four years. Subsequently, appellant's community supervision was revoked and he was sentenced to four years' confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed his notice of appeal on November 3, 2017.

On May 8, 2018, this court ordered a hearing to determine why appellant's

brief had not been filed. On May 21, 2018, the trial court conducted the hearing, and the trial court's findings were filed in this court on June 6, 2018.

At the hearing, appellant's appointed attorney, Amy Martin, and the State's attorney appeared, but appellant failed to appear. Martin stated that jail officials told her appellant was no longer in the custody of the Texas Department of Criminal Justice. Martin also informed the court she was unable to locate appellant. The trial court concluded "that Mr. Martin no longer desires to prosecute his appeal."

Appellant's counsel has filed a motion to dismiss the appeal which does not comply with Rule 42.2 of the Rules of Appellate Procedure because it is not signed by appellant. *See* Tex. R. App. P. 42.2(a). However, based upon the finding of the trial court that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we grant the motion to dismiss and dismiss the appeal.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b)